Sharon C. SCHUMANN, Franklin Lord, Jr., Plaintiffs–Appellants,

v.

INTERNATIONAL MARINE INSURANCE SERVICES, International Marine Underwriters, Alan Golden, Gary Golden, Patricia Fitti, Eleanor J. Matson, Defendants–Appellees.

No. 13–4709.

United States Court of Appeals, Second Circuit.

Sept. 30, 2015.

Sharon C. Schumann, pro se, Palmetto, FL; Franklin Lord, Jr., pro se, Stonington, CT, for Plaintiffs–Appellants.

Darren P. Renner, Keidel, Weldon & Cunningham, LLP, White Plains, NY, for Defendants–Appellees International Marine Insurance Services, Alan Golden, Gary Golden.

David R. Hornig, Val E. Wamser, Nicoletti Hornig & Sweeney, New York, NY, for Defendant–Appellee International Marine Underwriters.

[No appearance], for Defendants–Appellees Patricia Fitti, Eleanor J. Matson.

PRESENT: ROBERT A. KATZMANN, Chief Judge, PETER W. HALL and RAYMOND J. LOHIER, JR., Circuit Judges.

### SUMMARY ORDER

Plaintiffs–Appellants Sharon C. Schumann and Franklin Lord, Jr., proceeding pro se, appeal the district court's grant of summary judgment in favor of defendants-appellees. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

### I. Summary Judgment

We review de novo a district court's grant of summary judgment, with the view that "[s]ummary judgment is appropriate only if the moving party shows that there are no genuine issues of material fact and that the moving party is entitled to judgment as a matter of law." *Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir.2003). We resolve all ambiguities and draw all inferences in favor of the nonmovant. *Nationwide Life Ins. Co. v. Bankers Leasing Ass'n*, 182 F.3d 157, 160 (2d Cir. 1999). Summary judgment is appropriate "[w]here the record taken as a whole could not lead a rational trier of fact to find for the nonmoving party." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587, 106 S.Ct. 1348, 89 L.Ed.2d 538 (1986).

Upon review, we conclude that the district court properly granted summary judgment to defendants-appellees. We affirm for substantially the reasons stated by the district court in its thorough September 23, 2013, order.

### II. Motions

Appellants also dispute the district court's denial of their motions for recusal, sanctions against defendants for alleged discovery violations, and reopening of prior proceedings. We review these motions for abuse of discretion and conclude that in none of these instances did the district court abuse its discretion. *See ISC Holding AG v. Nobel Biocare Fin. AG*, 688 F.3d 98, 107 (2d Cir.2012) (recusal); *Fishoff v. Coty Inc.*, 634 F.3d 647, 654 (2d Cir.2011) (sanctions); *Molchatsky v. United States*, 713 F.3d 159, 162–63 (2d Cir. 2013) (reconsideration).

We have considered all of plaintiffs-appellants' remaining arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court.